tiorari denied. *William B. Hoffman* for petitioner. Wright, Executor, respondent, *pro se.*

No. 452. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles E. Ford* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 454. AMERICAN CRAYON CO. *v.* FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied. *Thomas F. Butler, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 455. AGRICULTURAL INSURANCE CO. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Walter P. Hickey* and *L. deGrove Potter* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 458. PECKHAM *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 459. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Lee S. Jones* and *Helen R. Graft* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.